In the Matter of the Claim of SAVILLIA SMITH, Respond-
ent, *v.* H. J. BARTLE MANUFACTURING CORPORATION
et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Smith* v. *Bartle Mfg. Corp.*, 189 App. Div. 426, affirmed.
(Argued February 24, 1920; decided March 9, 1920.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 25, 1919, affirming an award of the State
Industrial Commission made under the Workmen's
Compensation Law. Claimant's son was found crushed
between an elevator and the floor in premises adjoining
those in which he was employed but connected therewith
by doors. The question raised by the insurance carrier
was that the accident did not arise out of the employment
for the reason that the deceased employee used an elevator
not belonging to the leased premises of his employer.
There was testimony to the effect that the elevator in
question was frequently used by decedent and his
co-employees in the course of their employment.

*Neile F. Towner* for appellants.

*John F. Murray* and *William H. Murray* for claimant,
respondent.

*Charles D. Newton, Attorney-General* (*E. C. Aiken* of
counsel), for State Industrial Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND,
MCLAUGHLIN, ANDREWS and ELKUS, JJ.